RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 17 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE<br>Defendant<br>Vs.<br><br>A PLUS LLC,<br>BOBBY PATEL<br>Plaintiffs | )<br>)<br>)<br>)<br>) SUPERIOR COURT<br>) CASE NO: 2015CM13946- 1:15-CV-2548<br>) |

## NOTICE OF REMOVAL
## AND STAY OF ALL COURTS PROCEEDING
PURSUANT TO 28 USCA 1446 (D)

Please Take Notice that Charter Inc. and Alice Scream hereby respectfully removes this action from the Superior Court of Clayton County Georgia, to the United States District Court for the District of Columbia pursuant to 28 U.S.C § 1446, and 15 USC 1692. This Petition is set forth on the following grounds.

### JURISDICTION

This District Court of the United States has original, concurrent, and, or supplementary jurisdiction over this cause of action, pursuant to 28 USC § 1446, and 15 USC 1692, rule 60 of the federal rule of civil Procedure, including but not limited to the Bill of Rights. Plaintiff homeowner brings causes of action against all defendants for fraud, intentional infliction of emotional distress, rescission, declaratory relief based, and violations of T.I.L.A. and R.E.S.P.A., upon the facts and circumstances surrounding Plaintiff's original loan transaction and subsequent securitization. Defendants' violations of these laws are additional reasons this Court should quiet title in Plaintiffs' property in Plaintiff and award damages, rescission, declaratory judgment, and injunctive relief. In addition, the case amount is worth more than $75,000 exclusive of interest and costs and the title of the property in question belongs to a legal entity, such as an LLC.

## I.

Removal is proper and based on Clayton County Court allowing Defendant Wells Fargo, N.A. to proceed with foreclosure, where their actions are in violation of claims brought under the Federal Fair Debt Collection Practices Act (FDCPA). The defendant did violate 15 USC 1692, rule 60 of the federal rule of civil Procedure. Based on the above, having the legal duty to abort eviction pursuant to OCGA 51-1-6. The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692. Practices Act (FDCPA), 15 U.S.C. § 1692.

## II.

The Courts foreclosure proceeding is Unconstitutional and in violation of the "Due Process Clauses" of the 14th Amendment. The unlawful deprivations of property without due process, all in violation of the Constitution. The Bill of Right provides that no State shall deprive any person of life, liberty, or property, without due process of the law. Due Process Clause is well recognized, and provides that all parties in civil matters are guaranteed Fairness.

42 U.S.C. §3631 make it unlawful for any individual(s) to use force. or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with. any person's housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court pursuant to 42 U.S.C. §3631.

## III.

Defendants Charter Inc. and Alice Scream have provided written notice of the filing of this Notice of Removal to Plaintiff, and will file copy of this Notice of Removal with the Superior Court of the Clayton County, as required per 28U.S.C.§1446(d).

**WHEREFORE**, pursuant to 28 U.S.C. 1446(D), 15 USC 1692, 42 U.S.C. §3631, Defendants, Charter Inc. and Alice Scream removes this case from the Superior Court of Clayton County.

*Alice Scream*
Alice Scream
9180 Retreat Pass
Jonesboro, GA 30326

## VERIFICATION
### Affidavit

The undersigned Affiant Charter Inc. and Alice Scream does here with swear declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare that I **do not** have an attorney to represent me in this case. I further state that the facts listed in this removal are true, correct and not misleading to the best of my knowledge.

*/s/ Alice Scream*
Alice Scream
9180 Retreat Pass
Jonesboro, GA 30326

# MAGISTRATE COURT OF CLAYTON COUNTY, STATE OF GEORGIA
## DISPOSSESSORY PROCEEDING

A PLUS LLC
BOBBY PATEL
BOBBY PATEL
1801 PEACHTREE ST #200
ATLANTA GA 30309 229.444.0695

**VS**

JOHN DOE , , , , ,

9180 RETREAT PASS
JONESBORO GA 30236

FILED
CLAYTON COUNTY, GA
7/8/2015 5:02:25 PM
JACQULINE D. WILLS
CLERK MAGISTRATE COURT

**CASE # 2015CM13446**

Attorney:

c2c/BOBBY PATEL
Evict #

Personally appeared the undersigned who upon oath says that he is **AGENT** for plaintiff herein, and that defendant(s) is(are) in possession as tenant of premises at said address stated above, in Clayton County, the property of said plaintiff.
FURTHER: **POSSESSION;**

Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession.
**WHEREFORE, Plaintiff DEMANDS:**
(a) Possession of the premises
(b) Past due rent of $ **0** for the month(s) of
(c) Rent accruing up to the date of judgment or vacancy at the rate of $ **0.00** per day
(d) Other: $ -

"By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that thestatements set forth in the above pleading(s) are true and correct."
Affiant: BOBBY PATEL    7/8/2015

## SUMMONS
**TO THE SHERIFF OF CLAYTON COUNTY OR HIS LAWFUL DEPUTIES**
**GREETINGS:** The defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Clayton County, Jonesboro, Georgia on or before the seventh (7th) day after the date of service of the within affidavit and summons. EACH defendant is required to file an answer in his or her own name. If such an answer is not made, a Writ of Possession and/or Judgment may issue as provided by law. Witness the Honorable Wanda L. Dallas, Chief Magistrate of said Court.

Deputy Clerk: Jacquline D. Wills    7/8/2015

## SHERIFF'S ENTRY OF SERVICE
I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same;
( ) PERSONALLY ( ) DEFENDANT NOT FOUND AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
( ) NOTORIOUSLY (NAME) _____ Age ___ Wt. ___ Ht. ___
(X) TACK & MAIL Posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant(s) to answer at the hour and place in said summons.
DATE OF SERVICE: 7-13-15    _____ 17417 _____ D/Sheriff

## IMPORTANT NOTICE
Pursuant to Official Code of Georgia, Section 44-7-55(c), any writ of possession issued pursuant to this article shall authorize the removal of the tenant or his or her personal property or both from the premises and permit the placement of such personal property on some portion of the landlord's property; further, it provides that after execution of the writ, such property shall be regarded as abandoned. Pursuant to Code of Clayton County, Georgia, Section 82-91 et. seq. , if such personal property is not removed from the landlord's property within twenty-four (24) hours of the date and time of the execution of the writ of possession, and if the property otherwise is in violation of the county code, a citation for violation of the county code may issue against the plaintiff.

## WRIT OF POSSESSION
To the Sheriff of Clayton County or his lawful deputies:
You are hereby commanded to remove said defendant together with defendant(s)' property thereon from said premises and to deliver full and quiet possession of the same to the plaintiff herein; effective 1.) Instanter or 2.) Seven days from the date of judgment; or 3.) Pursuant to the terms of a consent judgment filed herewith.
THIS _____ DAY OF _____, 20 ___.    _____ Judge, Magistrate Court of Clayton County

STAPLE HERE
WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

CHARTER INC.  
P.O. Box 94  
Wilmington DE 19801

CAPITOL CITY BANK & TRUST  
561 WEST WHITEHALL STREET  
ATLANTA 30310-0000 GA

3537  
64-966/611

DATE 2/13/2012

ACCT# 11755584

PAY TO THE ORDER OF  Ocwen Loan Servicing, LLC    178,500.00

One hundred Seventy-Eight thousand Five hundred DOLLARS

MEMO  Mortgage Payoff

Paid in Full  
Cynthia Watson

⑆084201294⑆ 40212015020⑈ 3537